[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
July 6, 2006
THOMAS K. KAHN
CLERK

_____

No. 06-11361
Non-Argument Calendar

_____

D. C. Docket No. 04-00016-CV-6

AUDREA LAMBERT,

Plaintiff-Appellant,

versus

BRIGGS & STRATTON CORPORATION,

Defendant -Appellee.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(July 6, 2006)

Before MARCUS, WILSON and HILL, Circuit Judges.

PER CURIAM:

The appellant-plaintiff in the district court, appeals from judgment of that court, dismissing the case. We have carefully reviewed the briefs, the record and the two orders of the district judge considering the issue in this case, the proper application of a statute of the State of Georgia.

We conclude that the district judge properly interpreted the statute and, having done so, properly dismissed the claim. Therefore, the judgment of the district court is

AFFIRMED.